702 A.2d 356

Frank M. HALL, Jr., Petitioner,

v.

Betty K. COURTNEY, individually, and as Administratrix for the Estate of Richard P. Courtney, deceased, Robert David Cornman, Tammy L. Cornman and the Commonwealth of Pennsylvania, Department of Transportation, Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Robert Goldman for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED limited to whether the sudden emergency doctrine constitutes an affirmative defense so that failing to plead it under New Matters in accord with Pa. R.C.P. 1030 results in a waiver of the defense at trial. This case is to be orally argued.